# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TEXAS, *ex rel.* MONTIE BLAND and BRIAN ELLISON,<br><br>Plaintiff/Relators,<br><br>v.<br><br>ASCENSION HEALTH SENIOR CARE, ASCENSION PROVIDENCE, NAZARETH ASSISTED LIVING CARE, and SELECT REHABILITATION, INC,<br><br>Defendants. | Civil Action No.<br>SA-21-CV-269-OLG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), the United States of America, the State of Texas, and relators Montie Bland and Brian Ellison hereby stipulate to the dismissal of this action, subject to the terms of the parties' Settlement Agreement. Such dismissal shall be with prejudice as to relators and without prejudice to the United States and the State of Texas except as provided by the parties' Settlement Agreement.

Dated: March 13, 2025

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney

By: */s/ Thomas A. Parnham Jr.*
THOMAS A. PARNHAM JR.
Assistant United States Attorney
New York Bar No. 4775706
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858
thomas.parnham@usdoj.gov

***Attorneys for the United States of America***

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

/s/ Stephanie H. Lugo
STEPHANIE H. LUGO
Assistant Attorney General
Texas State Bar No. 00793927
LYNNE KURTZ-CITRIN
Deputy Chief, Healthcare Program Enforcement
Texas State Bar No. 24081425
Office of the Attorney General
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1415
stephanie.lugo@oag.texas.gov

**Attorneys for the State of Texas**


/s/ Mitchell R. Kreindler
Mitchell R. Kreindler (Tex. Bar No. 24033516)
Roland W. Riggs (N.Y. Bar No. 4321170)
KREINDLER & ASSOCIATES
6500 River Place Blvd., Bldg. 7, Ste. 250
Austin, Texas 78730
mkreindler@blowthewhistle.com
rriggs@blowthewhistle.com
T 713.647.8888
F 713.647.8889

Alexandra B. Schmit (Tex. Bar No. 24006895)
SCHMIT LAW FIRM PLLC
1100 Lakeway Drive, Suite 210
Austin, Texas 78734
Telephone: 512.329.2638
Fax: 512.610.4063
aschmit@schmitlawfirmpllc.com

***Attorneys for Relators***
***Montie Bland and Brian Ellison***